IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| DAVID A. LEYTZE, *et al.*, , | : : : | Case No.  1:15-cv-79 |
| | : | Judge Michael R. Barrett |
| Plaintiffs, | : : | |
| v. | : : | |
| REIMER, ARNOVITZ, CHERNEK & JEFFREY CO., L.P.A., | : : : | **MOTION OF PLAINTIFFS TO DISMISS COMPLAINT WITHOUT PREJUDICE** |
| Defendant. | : : : | |

_____


Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs David A. Leytze and Joe D. Leytze move to dismiss the complaint in its entirety without prejudice.  A proposed order is attached as Exhibit A and has been submitted to Judge's chambers in accordance with local rules.

        Respectfully submitted,

/s/ *Adam V. Sadlowski*
Adam V. Sadlowski, Trial Attorney (0079582)
Cori R. Besse (0081447)
SADLOWSKI & BESSE L.L.C.
11427 Reed Hartman Highway, Suite 217
Blue Ash, Ohio 45241
Tel:  (513) 618-6596
Fax: (513) 618-6442
asadlowski@sb-lawyers.com
cbesse@sb-lawyers.com

Attorneys for Plaintiffs David A. Leytze and Joe D. Leytze

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion of Plaintiffs to Dismiss Complaint Without Prejudice has been served on April 22, 2015 upon the following counsel of record via the Court's electronic filing system:

Timothy T. Brick
Catherine F. Peters
Gallagher Sharp
Sixth Floor – Bulkley Building
1501 Euclid Avenue
Cleveland, OH 44115

Attorneys for Defendant

/s/ *Adam V. Sadlowski*
Adam V. Sadlowski